IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEPHANIE G. FELLER, | ) |
| | ) 8:09CV11 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER OF DISMISSAL |
| COSCO, INC., et al., | ) |
| | ) |
| Defendant. | ) |
| | ) |

    This matter is before the court pursuant to plaintiff's request for dismissal. Filing No. 19. The court has reviewed the motion and supporting brief. The court notes that the defendants have filed no opposition. Accordingly, after a review of the record, the court determines that the motion should be dismissed without prejudice, each party to pay their own costs.

    THEREFORE, IT IS ORDERED that plaintiff's motion to dismiss this case, Filing No. 19, is granted.

    DATED this 25th day of June, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Court